UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:09-CR-00216-FL-2
5:16-CV-00665-FL

| UNITED STATES OF AMERICA | NOTICE OF APPEARANCE |
|---|---|
| v. | |
| HYSEN SHERIFI | |

Pursuant to Local Rule 44.1(b), Helen C.T. Smith notifies this Honorable Court that she is representing the above named defendant in this matter.

Furthermore, by filing this Notice of Appearance, undersigned counsel certifies that copies of said Notice have been served upon:

> Dennis M. Duffy
> Assistant United States Attorney
> Eastern District of North Carolina
> 150 Fayetteville Street, Suite 2100
> Raleigh, NC 27601

by electronically filing the foregoing Notice with the Clerk of the Court on March 5, 2020, using the CM/ECF system which will send notification of such filing to the above.

Counsel certifies that she served the defendant by mailing a copy of Notice to him by first class United States postage prepaid addressed to Hysen Sherifi, Reg. 51768-056, USP Coleman, U.S. Penitentiary, P.O. Box 1033, Coleman, FL 33521 on March 5, 2020.

Respectfully submitted this fifth day of March, 2020.

Helen C.T. Smith

*s/ Helen C.T. Smith*

Helen C.T. Smith
Attorney for Defendant
920 US Highway 64 W #402
Apex, NC  27523
Tel: 423-329-3847
Email: helenctsmith@gmail.com
NC State Bar No. 53533
LR 57.1 Counsel Appointed