IN THE UNITED STATES DISTRICT COURT
FOR TH EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

HYSEN SHERIFI,
         Petitioner,

v.

UNITED STATES OF AMERICA,
         Respondent.

**Judgment in a 2255 Case**

Criminal Case No. 5:09-CR-216-FL-2
Civil Case No. 5:16-CV-665-FL

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of petitioner's motions to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255.

**IT IS ORDERED AND ADJUDGED** in accordance with the court's order entered this date, that petitioner's motions to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 are granted.

This Judgment Filed and Entered on August 25, 2020, with service on:

| | |
|---|---|
| Helen Celeste Smith<br>920 US Highway 64 #402<br>Apex, NC 27523 | (via CM/ECF Notice of Electronic Filing) |
| Dennis M. Duffy<br>United States Attorney's Office - EDNC<br>150 Fayetteville Street, Suite 2100<br>Raleigh, NC 27601 | (via CM/ECF Notice of Electronic Filing) |

August 25, 2020

PETER A. MOORE, JR., CLERK

by _M Castenia_
Deputy Clerk