UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:09-CR-00216-FL-2
5:16-CV-00665-FL

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>HYSEN SHERIFI | DEFENDANT'S NOTICE OF NON CONSENT TO RESENTENCING BY VIDEOCONFERENCE |

In accordance with the Court's order entered August 25, 2020 at D.E. 2339, the defendant Hysen Sherifi, respectfully gives notice that he has conferred with counsel and does not consent to resentencing by videoconferencing.

By filing this notice, undersigned counsel certifies that copies of said pleading have been served upon:

Dennis M. Duffy
Assistant United States Attorney
Eastern District of North Carolina
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601

by electronically filing the foregoing Notice with the Clerk of the Court on September 3, 2020, using the CM/ECF system which will send notification of such filing to the above.

Counsel certifies that she served the defendant by mailing a copy of Notice to him by first class United States postage prepaid addressed to Hysen Sherifi, Reg. 51768-056, USP Coleman, U.S. Penitentiary, P.O. Box 1033, Coleman, FL 33521 on September 3, 2020.

Respectfully submitted this third day of September, 2020.

Helen C.T. Smith

*s/ Helen C.T. Smith*
Helen C.T. Smith
Attorney for Defendant
920 US Highway 64 W #402
Apex, NC 27523
Tel: 423-329-3847
Email: helenctsmith@gmail.com
NC State Bar No. 53533
LR 57.1 Counsel Appointed