| | |
|---|---|
| UNITED STATES OF AMERICA | ORDER GRANTING DEFENDANT'S MOTION FOR DISCLOSURE OF INFORMATION IN DOCKET NOS. 5:09-CR-00216 AND 7:12-CR-00020 |
| v. | |
| HYSEN SHERIFI | |

## ORDER GRANTING DEFENDANT'S MOTION FOR DISCLOSURE OF INFORMATION IN DOCKET NOS. 5:09-CR-00216 AND 7:12-CR-00020

Upon motion by the defendant Hysen Sherifi, by and through court-appointed counsel to order the disclosure of information in Docket Nos. 5:09-cr-00216 and 7:12-CR-00020, the Court finds that the motion is well-taken. Accordingly, it is hereby ORDERED and DECIDED that:

1) the United States shall provide available discovery in Docket Numbers 5:09-cr-216 and 7:12-cr-20 to undersigned counsel;

2) the Clerk of the Court is directed to provide defense counsel access to the documents set forth below; and

3) the Probation Office is directed to provide information about the co-defendants in Docket No. 5:09-cr-216 as set forth below.

The Clerk of the Court is directed to provide defense counsel access to the following documents:

**Pleadings, notices, and orders from 5:09-cr-216 by Docket Entry Number**

| | | | |
|---|---|---|---|
| 98 | 303 | 719 | 1447 |
| 102-103 | 319 | 822 | 1463 |
| 127 | 323 | 846 | 1465-1466 |
| 130 | 334 | 871-874 | 1469 |
| 171-172 | 339-340 | 898 | 1477 |
| 189 | 361 | 917 | 1480 |
| 197 | 365 | 921 | 1483-1485 |
| 206 | 369 | 985 | 1488-1490 |
| 210 | 407 | 1003 | 1493 |
| 231 | 450 | 1103-1104 | 1496-1497 |
| 219-220 | 484 | 1187 | 1501-1503 |
| 239-240 | 515 | 1216 | 1513 |
| 242-243 | 536 | 1227 | 2026-2030 |
| 249 | 538 | 1261 | 2032 |
| 257 | 547 | 1286 | 2039 |
| 259 | 557 | 1301 | 2042 |
| 265 | 591 | 1316 | |
| 276 | 598 | 1320-1321 | |
| 279 | 605 | 1349 | |
| 284 | 626 | 1359 | |
| 286 | 655 | 1379 | |
| 295-297 | 708 | 1424 | |

**Pleadings, notices, and orders from 7:12-cr-20 by Docket Entry Number**

| | | |
|---|---|---|
| 115 | 213 | 304 |
| 134 | 220 | 319-322 |
| 136 | 227 | 324-326 |
| 165 | 233 | 346 (PSR) |
| 174 | 239 | 357 |
| 188-190 | 262-263 | |
| 197 | 300-302 | |

The Probation Office is directed to prepare a chart of the six co-defendants in this case listing their criminal history categories, their offense levels, and the sentences imposed, and to provide same to defense counsel.

ORDERED this _____ day of _____, 2020.

                                                                                       LOUISE WOOD FLANAGAN
                                                                                       United States District Judge