UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:09-CR-00216-FL-2
5:16-CV-00665-FL

| UNITED STATES OF AMERICA | ORDER GRANTING DEFENDANT'S MOTION TO CONTINUE SENTENCING HEARING |
|---|---|
| v. | |
| HYSEN SHERIFI | |

ORDER GRANTING DEFENDANT'S MOTION TO CONTINUE DEFENDANT'S SENTENCING HEARING

Upon motion by the defendant Hysen Sherifi, by and through court-appointed counsel to continue the defendant's re-sentencing hearing, it is hereby ORDERED and DECIDED that the hearing on the defendant's re-sentencing is now scheduled for that term of criminal court commencing on August 3, 2021.

ORDERED this 17th day of March, 2021.

_____
LOUISE WOOD FLANAGAN
United States District Judge