# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
413 MIDDLE STREET
NEW BERN, NC  28560

CLERK'S OFFICE

TELEPHONE:  252-638-8534

RECEIPT FOR EXHIBITS

---

**CASE NAME:**   USA V. DANIEL PATRICK BOYD; HYSEN SHERIFI; ZAKARIYA BOYD; DYLAN BOYD; MOHAMMAD OMAR ALY HASSAAN; AND ZIYAD YAGHI (5:09-CR-216-FL)

**DATE:** 6/16/22

**DEPUTY CLERK:** _Arduck Collins_

I, _Brad DeVoe_, of the U.S. Attorney's Office, hereby accept delivery of the following items from the clerk's office in the above-referenced matter.

- August 4 - 5, 2009 Detention Hearing as to Daniel Patrick Boyd, Hysen Sherifi, Zakariya Boyd, Dylan Boyd, Mohammad Omar Aly Hassan, and Ziyad Yaghi
- May 23, 2011 Suppression Hearing as to Dylan Boyd
- June 7, 2011 Arraignment and Plea Hearing as to Zakariya Boyd

_[signature]_
Signature of Receiving Party